# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3602
_____

EDWARD A. ROCHE,

   Appellant,

   v.

ISLAMORADA BRICK
COMPANY/CLARENDON NATIONAL
INSURANCE COMPANY,

   Appellees.

_____


On appeal from an order of the Judge of Compensation Claims.
Keef F. Owens, Judge.

Date of Accident:  August 22, 2002.

June 26, 2019


PER CURIAM.

   AFFIRMED.

LEWIS, OSTERHAUS, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Bill McCabe of William J. McCabe, P.A., Longwood, and Frank A. Cerino of Morales & Cerino, Hialeah, for Appellant.

Robert B. Griffis of Jones, Hurley & Hand, P.A., Orlando, for Appellees.